FILED

JAN 20 2010

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdul Wakil Amiri, )
)
Plaintiff, )
)
v. ) Civil Action No. **10 0097**
)
Gelman Management Co. *et al.*, )
)
Defendants. )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a District of Columbia resident, sues a District of Columbia-based company for wrongful eviction and harassment. He seeks $18 million in damages. The complaint neither presents a federal question nor provides a basis for diversity jurisdiction because the parties are not of diverse citizenship. Plaintiff's recourse lies, if at all, in the Superior Court of the District

N 4

of Columbia. Accordingly, the complaint will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: January  7  , 2010                     /s/ Colleen Kollar-Kotelly
                                              United States District Judge